# IN THE SUPREME COURT OF THE STATE OF NEVADA

QUENIT MORENO,
                    Appellant,

vs.

RENEE BAKER, WARDEN,
                    Respondent.

No. 80209

**FILED**

JAN 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court "order setting hearing on motion for reconsideration of order denying petition for writ of habeas corpus." Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, the pro se "motion to dismiss appeal or stay appeal until the hearing on the motion for reconsideration is resolved" is denied as moot.

20-03244

cc: Hon. Jim C. Shirley, District Judge
Quenit Moreno
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A